IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **NORMA ACOSTA and MARLYSE O'HAGAN, Individually and On Behalf Of All Others Similarly Situated,** | § § § § | |
| **Plaintiffs,** | § § | Cause No. 3:20-CV-00112 |
| v. | § § | |
| **LASER PHYSICIANS, PA d/b/a AMERICAN LASER MED SPA,** | § § § | |
| **Defendant.** | § § | |

### JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiffs, Norma Acosta and Marlyse O'Hagan, Individually and On Behalf of All Others Similarly Situated ("Plaintiffs") and Defendant Laser Physicians, PA d/b/a American Laser Med Spa, ("Defendant") collectively the ("Parties"), hereby stipulate to the dismissal of the claims and causes of action by Plaintiffs against Defendant in this matter, with prejudice. The Parties have settled their dispute as set forth in this lawsuit. Pursuant to this stipulation, the Parties will bear their respective attorneys' fees and costs and will also submit a proposed Order of Dismissal to the Court. All parties who have appeared in this matter approve this stipulation.

        Respectfully submitted,

        **MARTINEZ & MARTINEZ LAW FIRM, PLLC**
        2110 E. Yandell Drive
        El Paso, Texas 79903
        T: (915) 541-1000
        F: (915) 541-1002
        E: raymond@martinezlawyers.com

By:   */s/ Raymond D. Martinez*
        **RAYMOND D. MARTINEZ**
        State Bar No. 24002537
        *Attorney for Plaintiffs*


        **LAW OFFICE OF**
        **DIANA MACIAS VALDEZ, PLLC**
        5845 Cromo Drive, Suite One
        El Paso, Texas 79912
        T: (915) 503-1290
        F: (915) 503-1291
        E: dvaldez@dianamvaldezlaw.com

By:   */s/ Diana M. Valdez*
        **DIANA M. VALDEZ**
        State Bar No. 24047019
        *Attorney for Defendant*