IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NORMA ACOSTA, <br> CLAUDIA VASQUEZ, and <br> MARLYSE O'HAGAN, <br>     *Plaintiffs,* <br><br> v. <br><br> LASER PHYSICIANS PA d/b/a <br> AMERICAN LASER MED SPA, <br>     *Defendant.* | § § § § § § § § § § § §   EP-20-CV-00112-RFC |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, the Court considered the Parties' "Joint Stipulation of Dismissal of All Claims with Prejudice," filed on June 29, 2022, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 125.) Therein, the Parties state that they settled the dispute and "[a]ll parties who have appeared in this matter approve this stipulation." (*Id.* at 1.)

Accordingly, **IT IS ORDERED** that all claims in the above-captioned matter are **DISMISSED WITH PREJUDICE**, with all Parties to bear their respective attorneys' fees and costs.

It is **FINALLY ORDERED** that the Clerk of the Court shall **CLOSE** this case.

**SO ORDERED** and **SIGNED** this 1st day of July, 2022.

_____
**ROBERT F. CASTAÑEDA**
**UNITED STATES MAGISTRATE JUDGE**